BAILUS COOK & KELESIS, LTD.
MARK B. BAILUS, ESQ.
Nevada Bar No. 2284
517 South Ninth Street
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712
Email: law@bckltd.com
*Attorneys for Defendant Shawn Lampman*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-0137-JCM-CWH |
| Plaintiff, | |
| vs. | **STIPULATION TO MODIFY JUDGMENT IN A CRIMINAL CASE RECOMMENDATIONS TO THE BUREAU OF PRISONS REGARDING IMPRISONMENT** |
| SHAWN P. LAMPMAN, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, United States of America, by and through its attorney, STEVEN W. MYHRE, First Assistant United States Attorney, and Defendant, SHAWN P. LAMPMAN, by and through his attorney MARK B. BAILUS, ESQ. of the law firm BAILUS COOK & KELESIS, LTD., that the recommendation to the Bureau of Prisons in the Judgment in a Criminal Case (Doc. #52) be modified to state that Defendant be imprisoned in a facility as close to Denver, Colorado as possible.

This stipulation is entered into for the following reasons:

1. In the Judgment in a Criminal Case (Doc. #52) ("Judgment"), it is recommended that Defendant be imprisoned in a "facility as close to Las Vegas, Nevada as possible." However, Defendant's mother, Sally Story, is currently in the process of relocating to Littleton, Colorado with the Defendant's autistic grandson, Aries - age 5, due to his need for specialized services available in the Littleton area. As such, it is requested that the Judgment be modified to state that the Defendant be imprisoned in a facility as close to Denver, Colorado as possible

rather than Las Vegas, Nevada.

DATED this 12th day of March, 2015.

| BAILUS COOK & KELESIS, LTD. | UNITED STATES OF AMERICA |
|---|---|
| By  */s/ Mark B. Bailus*<br>MARK B. BAILUS, ESQ.<br>Nevada Bar No. 2284<br>517 South Ninth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant* | By  */s/ Steven W. Myhre*<br>STEVEN W. MYHRE<br>First Assistant United States Attorney<br>333 So. Las Vegas Blvd., 5th Floor<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* |

**ORDER**

**IT IS THEREFORE ORDERED** that the recommendation to the Bureau of Prisons in the Judgment in a Criminal Case (Doc. #52) is modified to state that Defendant be imprisoned in a facility as close to Denver, Colorado as possible.

DATED March 16, 2015.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

BAILUS COOK & KELESIS, LTD.

 */s/ Mark B. Bailus*
Mark B. Bailus, Esq. (2284)
517 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*