BAILUS COOK & KELESIS, LTD.
MARK B. BAILUS, ESQ. (2284)
GEORGE P. KELESIS, ESQ. (0069)
517 S. Ninth Street
Las Vegas, Nevada 89101
Phone:	(702) 737-7702
Fax:	(702) 737-7712
Email:	law@bckltd.com
*Attorneys for Defendant Shawn Lampman*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-0137-JCM-CWH |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SURRENDER DATE** |
| SHAWN P. LAMPMAN, | **(First Request)** |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, United States of America, by and through its attorney, STEVEN W. MYHRE, First Assistant United States Attorney, and Defendant, SHAWN P. LAMPMAN, by and through his attorney MARK B. BAILUS, ESQ. of the law firm BAILUS COOK & KELESIS, LTD., that the surrender currently scheduled for April 6, 2015, before 2:00 p.m., be continued for thirty (30) days to May 6, 2015, before 2:00 p.m.

This Stipulation is entered into for the following reasons:

1.	The Defendant is required to surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on April 6, 2015.

2.	The Defendant needs additional time to settle his business affairs and/or to assist his mother, Sally Story, and autistic grandson, Aries - age 5, in their move to Littleton, Colorado.

3.	The Defendant requests an extension of thirty (30) days to and including May 6, 2015 by 2:00 p.m. to surrender to the designated institution.

4.	The parties agree to the continuance sought herein.

5. The Defendant is not in custody and agrees to the continuance in this matter.

6. This is the first request to continue the surrender date.

DATED this 18th day of March, 2015.

| BAILUS COOK & KELESIS, LTD. | UNITED STATES OF AMERICA |
|---|---|
| By  */s/ Mark B. Bailus* <br> MARK B. BAILUS, ESQ. <br> Nevada Bar No. 2284 <br> 517 South Ninth Street <br> Las Vegas, Nevada 89101 <br> *Attorneys for Defendant* | By  */s/ Steven W. Myhre* <br> STEVEN W. MYHRE <br> First Assistant United States Attorney <br> 333 So. Las Vegas Blvd., 5th Floor <br> Las Vegas, Nevada 89101 <br> *Attorneys for Plaintiff* |

**ORDER**

**IT IS THEREFORE ORDERED** that the Defendant's surrender for service of sentence scheduled for April 6, 2015, before 2:00 p.m., be continued for thirty (30) days and the Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons on May 6, 2015, before 2:00 p.m.

DATED March 23, 2015.

_____
UNITED STATES DISTRICT JUDGE